UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

RENEE L. HAHNEL,

              Plaintiff,

          v.

UNITED STATES OF AMERICA,

              Defendant.

ORDER

08-CV-6310 CJS

---

Defendant in the above-captioned matter having filed a motion for an order directing the plaintiff to preserve electronically stored information and for an enlargement of time to complete discovery (Docket # 16), and this Court having considered the submissions of both parties, and oral argument having been conducted on March 18, 2009, it is hereby

ORDERED, that defendant's motion for an order directing plaintiff to preserve electronically stored information **(Docket # 16)** is **GRANTED**.  Defendant is directed to submit a proposed order to this Court, and it is further

ORDERED, that defendant's motion for an enlargement of time to conduct discovery **(Docket # 16)** is **GRANTED**.  An amended scheduling order shall issue accordingly.

**IT IS SO ORDERED.**

_Marian W. Payson_
MARIAN W. PAYSON
United States Magistrate Judge

Dated: Rochester, New York
      March 20 , 2009